a denial of the motion to dismiss. Concur — Botein, J. P., Rabin, Frank, Valente and McNally, JJ.

■ IRVING STEINLAUF, Respondent, v. FORSYTH ESTATES, INC., Appellant, et al., Defendant.— Judgment and order unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, J. P., Rabin, Frank, Valente and McNally, JJ. [See 5 A D 2d 768.]

■ JUDITH PILOT, Respondent, v. DANIEL PILOT, Appellant. DANIEL PILOT, Plaintiff, v. JUDITH PILOT, Defendant, and SAMUEL KARELITZ et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents Samuel Karelitz and Ruth Karelitz. No opinion. Concur — Botein, J. P., Rabin, Frank, Valente and McNally, JJ. [6 Misc 2d 651.]

■ In the Matter of ARTHUR D. LEIDESDORF et al., as Trustees, Respondents, against TABULATING CARD COMPANY, INC., et al., Appellants.— Order unanimously affirmed. No opinion. Settle order. Concur — Breitel, J. P., Botein, Valente, Bergan and Bastow, JJ.

■ In the Matter of the Arbitration between KIPBEA BAKING CO., INC., Respondent, and BAKERY AND PASTRY DRIVERS AND HELPERS LOCAL 802, I.B.T., A.F.L.-C.I.O., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Botein, Valente, Bergan and Bastow, JJ.

■ MILTON MILLER et al., Appellants, v. NEW YORK CITY OMNIBUS CORPORATION, Respondent, et al., Defendant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Botein, Valente, Bergan and Bastow, JJ.

■ In the Matter of the General Assignment for the Benefit of Creditors of ATLANTIC SPONGE & CHAMOIS CORPORATION, Assignor, to BENJAMIN FINKEL, Assignee. In the Matter of BENJAMIN FINKEL, Respondent. MILTON SNEDEKER CORPORATION, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Botein, Valente, Bergan and Bastow, JJ.

■ MICHAEL RUSSELL, Respondent, v. IDEAL GARAGE CORP., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Botein, Valente, Bergan and Bastow, JJ.

■ In the Matter of WILLIAM (BILL) ATKINSON et al., Respondents. SAMUEL R. ROSENBAUM et al., Appellants.— Order unanimously affirmed. No opinion. Settle order on notice. Concur — Breitel, J. P., Botein, Valente, Bergan and Bastow, JJ.

■ In the Matter of BERTHA H. MASSIE, Appellant, against TEXTILE REALTY CORPORATION, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Botein, Valente, Bergan and Bastow, JJ.

■ ANNETTE H. SLAFF, Respondent, v. MAURICE M. SLAFF, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Botein, Valente, Bergan and Bastow, JJ.

■ JUDITH PILOT, Respondent, v. DANIEL PILOT, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Botein, Valente, Bergan and Bastow, JJ.

■ In the Matter of CITY BANK FARMERS TRUST CO., as Trustee of a Trust Made by RIHEI HUGA, Deceased, Respondent, against HERBERT BROWNELL, JR., Attorney General of the United States, as Successor to the Alien Property Custodian, Appellant, and ICHIRO HUGA et al., by Their Guardian ad Litem, IRVING M. ROSEN, Respondents.— Final order unanimously affirmed, with $20 costs and disbursements to the respondents. It appearing that the trust